IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| KEVIN DARNELL BANKS, | : | CRIMINAL ACTION |
| Inmate Number 54150-066, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 00-230 |
| | : | |
| J. HOLLINGSWORTH, | : | |
| Warden of Fort Dix Federal Correctional Institution, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 22nd day of May, 2013, upon consideration of the pro se Petition of Kevin Darnell Banks ("Petitioner") for habeas corpus relief under 28 U.S.C. § 2241 (Doc. No. 73), and the Government's Response to Petitioner's Habeas Corpus Motion Under 28 U.S.C. § 2241, it is hereby **ORDERED** that the Petition is **TRANSFERRED** to the United States District Court for the District of New Jersey because this District Court lacks jurisdiction over this matter. See 28 U.S.C. § 2241(a); 28 U.S.C. § 1631.

BY THE COURT:


 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE